# Exhibit K



# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to The TASA Group, Inc. and return with one copy to the above address.

**Invoice Date:** Nov-23-2015

**To:** James Conaboy, Esq.
Abrahamsen, Conaboy, & Abrahamsen P.C.
1006 Pittston Avenue
Scranton, PA 18505

**Phone:** (570)348-0200
**Fax:** (570)348-0273
**Fed. I.D.#:** 23-1569731

**RE:** Patricia and Richard English v. Crown Equipment Corporation
**Expert:** Harold A. Schwartz

**Terms:** Payable Upon Presentation   PLEASE WRITE THIS NUMBER ON YOUR CHECK:   PA-60-0006-1134243

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/13/2015 | Deposition preparation | 1.00 Hour(s) | 320.00 | 320.00 |
| 11/15/2015 | Deposition preparation | 0.50 Hour(s) | 320.00 | 160.00 |
| 11/15/2015 | Travel to deposition | 3.00 Hour(s) | 320.00 | 960.00 |
| 11/16/2015 | Travel Home | 3.00 Hour(s) | 320.00 | 960.00 |
| 11/16/2015 | Deposition | 4.50 Hour(s) | 320.00 | 1,440.00 |

**Subtotal for Professional Services**  3,840.00

| | |
|---|---|
| Travel Home 11/16/15 | 99.00 |
| Meals 11/16/15 | 26.42 |
| Meals 11/15/15 | 30.34 |
| Lodging 11/15/15 | 191.20 |
| Travel to deposition 11/15/15 | 93.00 |

**Total Amount Due (USD)**  4,279.96

**REMITTANCE COPY**

CH

Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.