# EXHIBIT L

## TABLE COMPARING SCHWARTZ'S HANDWRITTEN TIMESHEET TO TASA INVOICE

| Charge Description | Amount Charged on Handwritten Timesheet | Amount Charged on TASA Invoice |
|---|---|---|
| Deposition preparation 11/13/15 | $200.00 | $ 320.00 |
| Deposition preparation 11/15/15 | $100.00 | $ 160.00 |
| Travel to deposition 11/15/15 | $600.00 | $ 960.00 |
| Travel home 11/16/15 | $600.00 | $ 960.00 |
| Deposition | $900.00 | $1,440.00 |
| Travel home 11/16/15 – mileage | $ 82.50 | $ 99.00 |
| Meals 11/16/16 | $ 22.02 | $ 26.42 |
| Meals 11/15/15 | $ 25.28 | $ 30.34 |
| Lodging | $159.33 | $ 191.20 |
| Travel to deposition 11/15/15 – mileage | $ 77.50 | $ 93.00 |
| | **TOTAL: $2,766.63** | **TOTAL: $4,279.96** |

4846-7074-2318, v. 1