# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATRICIA ENGLISH AND                            :
RICHARD ENGLISH, HER HUSBAND                    :
122 WEST MORTON STREET                          :
OLD FORGE, PA 18518                             :        CIVIL ACTION NO.
                                                :        3: 13-CV-00978-MEM
                    Plaintiffs                  :
            v.                                  :        (Judge Malachy E. Mannion)
CROWN EQUIPMENT CORPORATION                     :
44 SOUTH WASHINGTON STREET                      :
NEW BREMEN, OHIO 45869                          :
                                                :
                    Defendant                   :

## JOINT PROPOSED VERDICT SLIP

1.     Do you find that the Crown Stock Picker was defectively designed?

_____ Yes        _____ No

If your answer to Question No. 1 is "Yes", proceed to Question No. 2.

If your answer to Question No. 1 is "No" proceed to Question No. 3.

2.     Was the defective design of the Crown Stock Picker a factual cause in bringing about harm to the Plaintiff, Patricia English?

_____ Yes        _____No.

Please proceed to Question No. 3.

3.     Did Crown Equipment Corporation negligently design the Stock Picker?

_____ Yes        _____No.

If your answer to Question No. 3 is "Yes", proceed to Question No. 4.

If your answer to Question No. 3 is "No" but you answered "Yes" to Question Nos. 1 and 2, you should proceed to Question No. 8.

If your answer to Question Nos. 1 or 2 and to Question No. 3 is "No", your work is done and you should return to the Courtroom.

4.    Was the negligence of Crown Equipment Corporation a factual cause in bringing about the Plaintiff's harm?

_____ Yes         _____No.

If your answer to Question No. 4 is "Yes", proceed to Question No. 5.

If your answer to Question No. 4 is "No", proceed to Question No. 8.

5.    Was the Plaintiff, Patricia English, contibutorily negligent?

_____ Yes         _____No.

If your answer to Question No. 5 is "Yes", proceed to Question No. 6.

If your answer to Question No. 5 is "No", proceed to Question No. 8.

6.    Was the contributory negligence of Plaintiff, Patricia English, a factual cause in bringing about her harm?

_____ Yes         _____No.

If your answer to Question No. 6 is "Yes", proceed to Question No. 7.

If your answer to Question No. 6 is "No" proceed to Question No. 8.

7.    What percentage of negligence do you assign to the:

Defendant, Crown Equipment Corporation       _____%

Plaintiff, Patricia English        _____%

                    Total        \_\_\_\_100\_\_\_\_%

Proceed to Question No. 8 unless you have answered "No" to Question No. 1 and Question No. 2 and you a have assigned more that 50% negligence to the Plaintiff Patricia English.

8.      Please state the amount of damages to compensate the Plaintiff for the following:

    a.    Past, present and future pain and suffering, embarrassment and humiliation, and the loss of ability to enjoy life's pleasures;

                                                                       $_____

    b.    Past, present and future lost wages and loss of earning capacity;

                                                                         $_____

    c.    Past, present and future medical expenses; and

                                                                         $_____

    d.    Loss of consortium for Richard English.

                                                                         $_____

                    Total          $_____

_____                             _____

DATE                                             FOREPERSON